1426

## MERIT DOCKET

**00–660.   USX Corp. v. Penn Cent. Corp.**
Cuyahoga App. No. 74755. On motion to strike motion to dismiss. Motion denied.
On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1399.   Bivens v. State Personnel Bd. of Review.**
In Mandamus. On motion to dismiss of State Personnel Board of Review and on motion to dismiss of Ohio Department of Commerce and Ohio Department of Administrative Services. Motions to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1446.   State ex rel. Harris v. Lorain Cty. Court of Common Pleas, Juv. Div.**
In Mandamus. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1460.   State ex rel. Childers v. Hamilton Cty. Clerk of Court, Juv. Div.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1524.   Estep v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus by Clifford R. Estep. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1538.   State ex rel. Caldwell v. Gabbard.**
In Habeas Corpus. On petition for writ of habeas corpus by Brandon Caldwell. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1558.   Mack v. Brooks.**
In Habeas Corpus. On petition for writ of habeas corpus by Zavis D. Mack. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1582.   Hefner v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by William G. Hefner. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1598.   Wooten v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus by Danny R. Wooten, Jr. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.